UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

YONG LEE INC.,                                                                    Case No. 19-11909-mkv

                                Debtor.                                                 Chapter 11
--------------------------------------------------------X

## DEBTOR'S DECLARATION PURSUANT TO 11 U.S.C. § 1116

       Jing Yang, president of Yong Lee Inc. (the "Debtor"), hereby swears as follows:

       1.       The Debtor filed a Chapter 11 petition on June 10, 2019. It operates a cleaning service in New York County.

       2.       The Debtor retained the services of Ortiz & Ortiz, L.L.P., as its bankruptcy counsel ("Counsel"). I understand that Counsel's retention is subject to the Court's approval.

       3.       Counsel informed me that the Debtor is a small business debtor, as defined in 11 U.S.C. § 101(51D), and it is required to do the following:

              (a) append to the voluntary petition its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or

              (b) append a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

       4.       The last federal income tax return filed by the Debtor was for year 2017. A copy of that return is annexed hereto, since it was not annexed to the petition.

       5.       At this time, I do not possess a balance sheet, statement of operations or cash-flow statement. I will request that the accountant prepare the documents and file an

amended declaration when I receive them.

    I declare, under the penalty of perjury, that the foregoing is accurate and true.

Dated: June 27, 2019
       New York, New York

                                                 */s/ Jing Yang*
                                                 Jing Yang, President