TROY LAW, PLLC
John Troy
41-25 Kissena Blvd., Suite 119
Flushing, New York 11355
718-762 1324
Attorney for FLSA Creditor

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

In re Yong Lee Inc.                                    **Case No: 1:19-bk-11909**

                        Debtor,

---------------------------------------------------------------- x

**NOTICE OF MOTION OF MING EN WANG FOR ENTRY OF AN ORDER
AUTHORIZING AND DIRECTING DISCOVERY, PURSUANT TO RULE 2004
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, FROM DEBTOR
YOUNG LEE INC., PRESIDENT AND OWNER JING YANG AND MANAGER
HAI YING REN**

**PLEASE TAKE NOTICE** that on July 29, 2019, Ming En Wang (hereinafter "Creditor") filed with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") the annexed motion (the "Motion"), for entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, authorizing and directing the discovery from the above captioned debtor. A hearing on the relief requested in the Motion will be held before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge,

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion (the "Objections") must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order

M-399 (which can be found at (http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM or other electronic media, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M- 399 and on (a) counsel to John Troy at 41-25 Kissena Blvd., Suite 119, Flushing, NY 11355, and (b) entities that requested notice in the above-captioned case under Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, Creditors may, on or after the Objection Deadline, submit to the Bankruptcy Court the proposed order attached to the Motion as Exhibit A, which may be entered with no further notice or opportunity to be heard.

Troy Law PLLC

By: /s/ John Troy
John Troy, Esq. (JT0481)

(*Attorney for Creditor*)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
Fax: (718) 762-1342
johntroy@troypllc.com